[Cite as *05/21/2003 Case Announcements,* 2003-Ohio-2589.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *May 21, 2003*

## MISCELLANEOUS DISMISSALS

**2003–0159. State ex rel. Bledsoe v. Marion Steel Co.**
Franklin App. No. 02AP–193, 2002-Ohio-6835. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due May 15, 2003, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

**2003–0508. State ex rel. Boyle v. Indus. Comm.**
Franklin App. No. 02AP–647, 2003-Ohio-581. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2003–0433 through 2003–0445. DAK PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2002–A–1933 through 2002–A–1945.

[Cite as *05/22/2003 Case Announcements,* 2003-Ohio-2624.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *May 22, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–0327. MARBEL Energy Corp. v. Zaino.**
Board of Tax Appeals. Nos. 1998–G–302, 1998–G–303 and 1998–G–304. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before July 7, 2003.

## MISCELLANEOUS DISMISSALS

**2003–0410. State ex rel. Richards v. United Parcel Serv.**
Franklin App. No. 02AP–533, 2003-Ohio-415. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.